DMB/DSS:CHB/RMT
F.#2010R00643

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANTHONY MAYES, JR.,
    also known as "Big Bo,"

                Defendant.

I N D I C T M E N T

Cr. No.
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(B)(iii),
841(b)(1)(C), T. 18,
U.S.C., §§ 2 and 3551
et seq.)

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Distribution of Cocaine Base)

1. On or about June 1, 2010, within the Eastern District of New York, the defendant ANTHONY MAYES, JR., also known as "Big Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 3551 et seq.)

<u>COUNT TWO</u>
(Distribution of Cocaine Base)

2. On or about June 3, 2010, within the Eastern District of New York, the defendant ANTHONY MAYES, JR., also known as "Big Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which

offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 3551 et seq.)

### COUNT THREE
(Distribution of Cocaine Base)

3. On or about June 4, 2010, within the Eastern District of New York, the defendant ANTHONY MAYES, JR., also known as "Big Bo," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 28 grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT FOUR
(Distribution of Cocaine Base)

4. On or about June 10, 2010, within the Eastern District of New York, the defendant ANTHONY MAYES, JR., also known as "Big Bo," did knowingly and intentionally distribute and

3

possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2010R00643
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ANTHONY MAYES, JR.,

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(iii), 841(b)(1)(C),
T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____ *Milton Wilson* _____

Foreman

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

Clerk

*Bail, $* _____

_____

**Carter H. Burwell, Assistant United States Attorney, (718) 254-6313**
**Berit Berger, Assistant United State Attorney, (718) 254-6134**
**Richard M. Tucker, Assistant United States Attorney, (718) 254-6204**